CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Wilfredo Zuniga-Cardona**<br>YOB: 1980; Citizen of Honduras | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**24-00232MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 26, 2024, at or near Sasabe, in the District of Arizona, **Wilfredo Zuniga-Cardona**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Alexandria, Louisiana on July 1, 2022, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Wilfredo Zuniga-Cardona** is a citizen of Honduras. On July 1, 2022, **Wilfredo Zuniga-Cardona** was lawfully denied admission, excluded, deported and removed from the United States through Alexandria, Louisiana. On February 26, 2024, agents found **Wilfredo Zuniga-Cardona** in the United States at or near Sasabe, Arizona, without the proper immigration documents. **Wilfredo Zuniga-Cardona** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>Sworn by telephone  x | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>February 27, 2024 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54
Reviewing AUSA: Hopkins