GARY M. RESTAINO
United States Attorney
District of Arizona
PATRICK T. BARRY
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: patrick.barry2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR24-01453 TUC-SHR(AMM) |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| vs. | Violation: |
| Wilfredo Zuniga-Cardona, aka Wilfredo Zuniga Cardona, | 8 U.S.C. § 1326(a)(enhanced by 8 U.S.C. § 1326(b)(2)) |
| Defendant. | (Reentry of Removed Alien) |

**THE GRAND JURY CHARGES:**

On or about February 26, 2024, in the District of Arizona, to wit: at or near Sasabe, Wilfredo Zuniga-Cardona, aka Wilfredo Zuniga Cardona, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Alexandria, Louisiana, on or about July 1, 2022, and not having obtained the express consent of the Attorney General or the Secretary of the

/ / /

Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(2).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Dated:   March 27, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/ S /

PATRICK T. BARRY
Assistant United States Attorney