1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>      vs.<br><br>Wilfredo Zuniga-Cardona,<br><br>                    Defendant. | CR-24-01453-TUC-SHR-MAA<br><br><br>**ORDER** |

Upon Defendant's Motion to Withdraw as Attorney [Doc. 26], and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Attorney is granted, and CJA Attorney Francisco Leon is appointed as Counsel of record for the Defendant in the place and stead of Wanda K. Day, CJA.

**IT IS FURTHER ORDERED** that the Change of Plea Hearing scheduled for September 13, 2024, is vacated, and reset to **Friday, October 18, 2024, at 10:20 a.m.** before Magistrate Judge Michael A. Ambri.

Dated this 13th day of September, 2024.

Honorable Michael A. Ambri
United States Magistrate Judge